# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**TERRELL N. NEWSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2233

[October 22, 2020]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey J. Colbath, Judge; L.T. Case No. 50-2016-CF-005217-AXXX-MB.

Carey Haughwout, Public Defender, and Ian Seldin, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Anesha Worthy, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN and CIKLIN, JJ., and FRINK, KEATHAN B., Associate Judge, concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***